LAURA J. BROWN (PA Bar # 208171)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
laura.j.s.brown@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIDAS GOLD IDAHO, INC., IDAHO GOLD RESOURCES COMPANY, LLC, and STIBNITE GOLD COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF AGRICULTURE; THE UNITED STATES FOREST SERVICE; SONNY PERDUE in his official capacity as U.S. Secretary of Agriculture; and VICKI CHRISTIANSEN in her official capacity as the Chief of the United States Forest Service. <br><br> Defendants. | **Civil No. 1:20-cv-00409-DCN** <br><br><br> **DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

The United States of America, the U.S. Department of Agriculture, the United States Forest Service, Mr. Sonny Perdue, in his official capacity as U.S. Secretary of Agriculture, and Ms. Vicki Christiansen, in her official capacity of the Chief of the United States Forest Service, (collectively "the United States") move to dismiss the complaint filed against them for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). As described in the accompanying memorandum of law, the Court should dismiss this action because Plaintiffs do not have constitutional standing. Plaintiffs' alleged injuries, dependent on uncertain events,

are speculative and do not constitute the type of injury in fact required by Article III. Additionally, even if the professed injuries were sufficient, they are not caused by the United States and are not likely to be redressed by this lawsuit.

WHEREFORE the United States respectfully requests that the Court dismiss Plaintiffs' complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Respectfully requested,

*/s/ Laura J. Brown*
LAURA J. BROWN (PA Bar # 208171)
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
laura.j.s.brown@usdoj.gov

*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, the United States' Motion to Dismiss was hereby served on counsel for Plaintiffs via the court's CM/ECF system.

*/s/Laura J. Brown*